IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                    Case No. 05-20038-003

FELIX HERRERA, JR.                                                  DEFENDANT

## <u>ORDER</u>

On this 19th day of October 2005, there comes on for consideration the report and recommendation (Doc. 229) filed in this case on September 29, 2005, by the Honorable Beverly Stites Jones, United States Magistrate for the Western District of Arkansas. No objections have been filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's motion to suppress evidence (Doc. 203) should be and hereby is DENIED.

IT IS SO ORDERED.

                                               /s/ Robert T. Dawson
                                               Robert T. Dawson
                                               United States District Judge